IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TSC SIEBER SERVICES, LC | § | CASE NO. 09-61042 |
|   SSN: xx-xxx4858 | § | CHAPTER 7 |
| DEBTOR | § | |

### NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

The undersigned, Stephen J. Zayler, as Chapter 7 Trustee in the above captioned proceeding, has distributed the funds of this estate in accordance with Trustee's Final Report previously approved by this Court.

Distribution was made to the following claimants; and the checks have either been returned to the Trustee marked "Undeliverable", or the checks have not cleared the Bankruptcy Estate account after 90 days.

Trustee has made a diligent effort to locate the claimants, but has been unsuccessful. It is now necessary for the Trustee to transmit to the Registry of the Bankruptcy Court the unclaimed funds, to allow the interested parties an opportunity to assert their claim of entitlement to the funds:

| Claim No. | Claimant | Payment Amount |
|---|---|---|
| 340 | Gilberto Juarez Hecto | $ 4,978.32 |
| 331 | Justin C. Frisby | 1,808.75 |
| 318 | Jeremy S. Jones | 1,627.87 |
| 317 | Chad A. Schniepp | 2,467.14 |
| 308 | Mariano E. Madera | 816.77 |
| Total | | $ 11,698.85 |

Dated this 2nd day of December, 2015.

Respectfully Submitted,

/s/ Stephen J. Zayler
STEPHEN J. ZAYLER
Attorney at Law
State Bar No. 22251800
P. O. Box 150743
Lufkin, TX 75915-0743
(936) 634-1020(936) 634-1050 FAX
E-mail: zayler@suddenlinkmail.com

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on the 2nd day of December. 2015, a true and correct copy of the foregoing instrument was served on the following, by depositing the same in the U. S. Mail:

U. S. Trustee  
300 Plaza Tower  
110 N. College  
Tyler, TX   75702

TSC Sieber Services, L.C.  
22140 State Hwy. 64E  
Arp, TX   75750

Patrick Kelley  
Ireland, Carroll & Kelley  
6101 South Broadway  
Suite 500  
Tyler, TX   75701

/s/ Stephen J. Zayler  
STEPHEN J. ZAYLER