IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| TSC SIEBER SERVICES, LC | § | CASE NO. 09-61042 |
|   SSN: xx-xxx4858 | § | CHAPTER 7 |
| DEBTOR | § | |

## NOTICE OF TRANSMITTAL OF UNCLAIMED FUNDS

The undersigned, Stephen J. Zayler, as Chapter 7 Trustee in the above captioned proceeding, has distributed the funds of this estate in accordance with Trustee's Final Report previously approved by this Court.

Distribution was made to the following claimants; and the checks have either been returned to the Trustee marked "Undeliverable", or the checks have not cleared the Bankruptcy Estate account after 90 days.

Trustee has made a diligent effort to locate the claimants, but has been unsuccessful. It is now necessary for the Trustee to transmit to the Registry of the Bankruptcy Court the unclaimed funds, to allow the interested parties an opportunity to assert their claim of entitlement to the funds:

| Claim No. | Claimant | Payment Amount |
|---|---|---|
| 305 | Norman C. Soward | $ 1,059.93 |
| 304 | Stephanie D. Soward | 510.00 |
| 300 | Miguel Munoz | 638.74 |
| 295 | Raul Hernandez | 1,591.70 |
| 260 | Gonzale Paredes Espinoza | 548.05 |
| Total | | $ 4,348.42 |

Dated this 7th day of December, 2015.

Respectfully Submitted,

/s/ Stephen J. Zayler
STEPHEN J. ZAYLER
Attorney at Law
State Bar No. 22251800
P. O. Box 150743
Lufkin, TX  75915-0743
(936) 634-1020(936) 634-1050 FAX
E-mail:  zayler@suddenlinkmail.com

**CERTIFICATE OF SERVICE**

   The undersigned hereby certifies that on the 7th day of December. 2015, a true and correct copy of the foregoing instrument was served on the following, by depositing the same in the U. S. Mail:

| | |
|---|---|
| U. S. Trustee | TSC Sieber Services, L.C. |
| 300 Plaza Tower | 22140 State Hwy. 64E |
| 110 N. College | Arp, TX   75750 |
| Tyler, TX   75702 | |

Patrick Kelley
Ireland, Carroll & Kelley
6101 South Broadway
Suite 500
Tyler, TX   75701

            /s/ Stephen J. Zayler
            STEPHEN J. ZAYLER